UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GERALD DZIEDZIC, JR., | Case No.2:21-cv-12956 |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| Donald W. Busta, Jr. (P67544)<br>Levine Benjamin PC<br>Attorneys for Plaintiff<br>100 Galleria Officentre, Ste. 411<br>27700 Northwestern Hwy.<br>Southfield, MI  48034-8430<br>(248) 352-5700<br>dbusta@levinebenjamin.com | D. Andrew Portinga (P55804)<br>Miller Johnson<br>Attorneys for Defendant<br>45 Ottawa Ave. SW, Ste. 1100<br>Grand Rapids, MI 49503<br>(616) 831-1700<br>portingaa@millerjohnson.com |

**Updated Statement of Disclosure
of Corporate Affiliations and Financial Interest**

Pursuant to E. D. Mich. LR 83.4, Defendant Unum Life Insurance Company of America, by its undersigned counsel, hereby updates its corporate disclosure statement:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   ☒ Yes          ☐ No

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   <u>Parent Corporation/Affiliate Name</u>:  Unum Group
   <u>Relationship with Named Party</u>:  Parent Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   ☒ Yes          ☐ No

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   <u>Parent Corporation/Affiliate Name</u>:  BlackRock, Inc.
   <u>Nature of Financial Interest</u>:  Based on its filings with the Securities and Exchange Commission on Schedule 13G, BlackRock, Inc., and its affiliates own more than 10% of the common stock of Unum Group.

                                       MILLER JOHNSON
                                       Attorneys for Defendant

Dated:  March 8, 2022           By      /s/ D. Andrew Portinga
                                   D. Andrew Portinga (P55804)
                                   Business Address:
                                       45 Ottawa Avenue SW, Suite 1100
                                       Grand Rapids, Michigan  49503
                                   Telephone:  (616) 831-1700
                                       portingaa@millerjohnson.com

## Certificate of Service

D. Andrew Portinga certifies that, on March 8, 2022, the foregoing *Updated Statement of Disclosure of Corporate Affiliations and Financial Interest* was served upon the attorney(s) of record pursuant to this Court's electronic e-filing system.

                                                   MILLER JOHNSON
                                                   Attorneys for Defendant

Dated: March 8, 2022          By    /s/ D. Andrew Portinga
                                                     D. Andrew Portinga (P55804)
                                               Business Address:
                                                 45 Ottawa Avenue SW, Suite 1100
                                                 Grand Rapids, Michigan 49503
                                              Telephone: (616) 831-1700
                                                 portingaa@millerjohnson.com

MJ_DMS 34407370v1 92470-299