UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD DZIEDZIC, JR.,           Case No. 21-cv-12956

      Plaintiff,                 Hon. Bernard A. Friedman

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

      Defendant.

---

### Stipulation and Order of Dismissal

The parties jointly stipulate to the dismissal of Plaintiff's complaint with prejudice and without costs.

| | |
|---|---|
| By: /s/ Donald W. Busta, Jr.<br>Donald W. Busta, Jr. (P67544)<br>Levine Benjamin PC<br>Attorneys for Plaintiff<br>100 Galleria Officentre, Ste. 411<br>27700 Northwestern Hwy.<br>Southfield, MI  48034-8430<br>dbusta@levinebenjamin.com | By: /s/ D. Andrew Portinga<br>D. Andrew Portinga (P55804)<br>MILLER JOHNSON<br>Attorneys for Prudential<br>45 Ottawa Ave. SW, Suite 1100<br>Grand Rapids, MI 49503<br>portingaa@millerjohnson.com |
| Dated:  March 24, 2022 | Dated: March 24, 2022 |

IT IS SO ORDERED.

                                               s/Bernard A. Friedman
Dated:  March 24, 2022              Bernard A. Friedman
      Detroit, Michigan             Senior United States District Judge